UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIAN WATERS,                                    )
                              Plaintiff,          )
                                                  )          No. 1:18-cv-1241
-v-                                               )
                                                  )          Honorable Paul L. Maloney
RDR SERVICES, INC., *et al.*,                     )
                              Defendants.          )
                                                  )

## JUDGMENT

The Court approved the proposed settlement and all pending claims in this lawsuit

have been resolved.  As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 12, 2020                                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge